IN THE SUPREME COURT OF THE STATE OF MONTANA

Cause No. DA 23-0594

_____

IN THE MATTER OF

A.J.K., J.S.K., M.S.K. and R.A.-H.K.,

Youths in Need of Care.

_____

**ORDER**

_____

Upon consideration of Appellant Mother's motion for extension of time and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including January 8, 2024, to file and serve the opening brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 11 2023